

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00309-CV

Leticia Garza **GALVAN** and Martie Garcia Vela,
Appellants

v.

Eloy **VERA** and Baldermar Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-18-186
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellants' Emergency Opposed Motion for Expedited Oral Argument/Decision and Motion for Order Expediting Schedule for New Election is GRANTED IN PART. The cause will set for formal submission ON BRIEFS ONLY on August 29, 2018, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Irene Rios.

It is so ORDERED on August 20, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
CLERK OF COURT